DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RANDY A. NELSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-1800

[December 21, 2023]

Appeal of order denying rule 3.800(a) motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard K. Coates, Judge; L.T. Case No. 501997CF009544D.

W. Charles Fletcher, Jacksonville, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***